IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV217-GCM

| | |
|---|---|
| MICHAEL SLAFKA and DAVID CARR, | |
| Plaintiffs, | |
| vs. | ORDER |
| THOMAS F. REECE, *et al.*, | |
| Defendants. | |

This matter is before the Court upon its own motion. The undersigned hereby recuses himself from further proceedings in this case. One of the named Defendants, Henderson Properties, Inc., is the property manager for the subdivision of the undersigned, and the Court recognizes that this could potentially create a conflict of interest. The Clerks' Office is directed to reassign this case to another judge.

IT IS SO ORDERED.

Signed: May 19, 2021

Graham C. Mullen
United States District Judge