# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-217-FDW-DCK

| | |
|---|---|
| **MICHAEL SLAFKA, and DAVID CARR,** | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **REECE, et al.,** | )<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 44) filed August 23, 2021, and *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 48) filed on August 31, 2021. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will deny *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 48) as moot.

It appears that *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 48) is identical to *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 44).

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 48) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiffs shall file a reply brief, or notice of intent not to reply, regarding the "Motion To Disqualify Counsel" (Document No. 44) on or before **September 7, 2021**. See Local Rule 7.1 (e) and (Document no. 46).

**SO ORDERED**.

Signed: September 1, 2021

David C. Keesler
United States Magistrate Judge