IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-217-FDW-DCK

| | |
|---|---|
| MICHAEL SLAFKA, and DAVID CARR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THOMAS F. REECE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 44) filed August 23, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

The Court finds Defendants' Sellers, Ayers, Dortch & Lyons, P.A. ("SADL") and Cynthia Jones ("Jones") arguments persuasive. Specifically, SADL and Jones argue in their "Memorandum In Opposition To Plaintiffs' Motion To Disqualify Counsel" that they both agree that "[t]here is no 'conflict' of interest." (Document No. 46, p. 2). Furthermore, Plaintiffs fail to cite any relevant or persuasive authority in their motion to convince the undersigned of any present conflict of interest between SADL and Jones.[1]

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiffs' "Motion To Disqualify Counsel" (Document No. 44) is **DENIED without prejudice**. In the event that a conflict of

---

[1] Notably, too, Plaintiff failed to file a reply in support of its "Motion To Disqualify Counsel" or notice of intent not to reply by September 7, 2021, as directed by the Court's September 2, 2021 Order. See (Document No. 60).

interest does arise between Defendant SADL and Defendant Jones, the parties may file an appropriate motion with the Court at that time.

**SO ORDERED**.

Signed: September 10, 2021

David C. Keesler
United States Magistrate Judge